UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| CHAD A. DAFFERN | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: 10-1817 |
| CHERAMIE MARINE, LLC | SECTION: "L" |
| | MAGISTRATE: (4) |
| | **JURY TRIAL REQUESTED** |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Chad A. Daffern, who represents that he may call the following witnesses during the trial:

1. Chad A. Daffern
   3348 Colonial Oak Drive
   Apartment 8C
   Pace, Florida 32571

2. Emily Daffern
   3348 Colonial Oak Drive
   Apartment 8C
   Pace, Florida 32571

3. Destiny J. Landry
   523 Arcemont Lane, Lot 2
   Morgan City, Louisiana 70380

4. Garon L. Alario, Sr.
   119 Veterans Lane
   Grand Isle, Louisiana 70358

1

5. Bradley A. Stabler
   9211 North McCann Road
   Southport, Florida 32409

6. Dino J. Cheramie
   163 West 40th Place
   Cutoff, Louisiana 70345

7. Larry Bourg
   Address unknown

8. Capt. Mitchell S. Stoller
   MAREX
   30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688

9. Fred E. Aubert, M.D.
   White-Wilson Medical Center, P.A.
   1005 Mar-Walt Drive
   Fort Walton Beach, Florida 32547-6796

10. Jeffrey Buchalter, M.D.
    Gulf Coast Pain Specialist
    8333 North Davis Highway
    Pensacola, Florida 32514

11. Robert W. Davis, M.D.
    Occupational Medicine Services, L.L.C.
    144 Valhi Lagoon Crossing
    Houma, Louisiana 70360

12. Roman Kesler, D.O.
    Medical Center Clinic
    8333 North Davis Highway
    Pensacola, FL 32514

13. Lonnie Paulos, M.D.
    Andrews Orthopaedic & Sports Medicine Center
    1040 Gulf Breeze Parkway, Suite 203
    Gulf Breeze, Florida 32561

14. Michael L. Shawbitz, M.D.
    6056 Doctors Park Road
    Milton, Florida 32570

15. Vincence Dillon, M.D.
    1120 North Palafox Street
    Pensacola, Florida 32501

16. Sheila A. Justice, MS, CDMSC
    Vocational Rehabilitation Consultant
    410 West Blount Street
    Pensacola, Florida 32501

17. G. Randolph Rice, Ph.D.
    7048 Moniteau Court
    Baton Rouge, Louisiana 70809

18. Any witness listed by defendant.

Plaintiff reserves the right to supplement his preliminary witness list.

Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.


BY: *s/ Irving J. Warshauer*
    IRVING J. WARSHAUER
    BAR NO. 13252
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone: (504) 522-2304
    Facsimile: (504) 528-9973
    iwarshauer@gainsben.com

    Attorneys For Plaintiff, Chad A. Daffern

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Matthew F. Popp, Esq.

*s/ Irving J. Warshauer*
**IRVING J. WARSHAUER**
